USDC SCAN INDEX SHEET










```
JPP    1/23/04    13:45
3:04-CV-00137   BLACK DIAMOND CCT V. CONSUMER NETWORKS
*3*
*NTCFIN.*
```

```
 1  Harvey I. Saferstein (SBN 49750)
    Nada I. Shamonki (SBN 205359)
 2  MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C.
    1620 26th Street, Suite 2068 North
 3  Santa Monica, California 90404
    (310) 586-3200
 4  (310) 586-3202 (facsimile)
    NShamonki@mintz.com
 5
    James G. Gatto
 6  MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C.
    12010 Sunset Hills Road, Suite 900
 7  Reston, Virginia  20190
    (703) 464-8182
 8  (703) 464-4895 (facsimile)

 9  Attorneys for Plaintiffs,
    BLACK DIAMOND CCT HOLDINGS, LLC
10  AND E-CENTIVES, INC.

11

12               UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF CALIFORNIA
13                       '04 CV 0137 IEG (LSP)
                                                 VIA FAX
14  BLACK DIAMOND CCT HOLDINGS, LLC,  | Case No. _____
    a Rhode Island Corporation AND E- |
15  CENTIVES, INC., a Delaware Corporation, |

16              Plaintiffs,            | NOTICE OF PARTY WITH FINANCIAL
                                       | INTEREST
17       vs.                           |

18  CONSUMER NETWORKS LLC, a California |
    Corporation,                       |
19                                     |
                Defendant.             |
20

21

22

23       As required by Civil Local Rule 40.2, Plaintiffs Black Diamond CCT Holdings, LLC.

24  ("Black Diamond") and E-Centives, Inc. ("E-centives") (collectively "Plaintiffs") the following

25  disclosure:

26  ///

27  ///

28  ///
```

3

1 | No parent corporation or publicly held company owns 10% or more of Black Diamond's
2 | stock. Venture Tec, Inc. owns 10% or more of E-centives.

4 | January 21, 2004                    Respectfully submitted,

*[signature: Nada Shamonki]*

Harvey I. Saferstein
Nada I. Shamonki
MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C.

James G. Gatto
MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C.

Attorneys for Plaintiffs BLACK DIAMOND CCT HOLDINGS, LLC AND E-CENTIVES, INC.